# Order

**Michigan Supreme Court**
**Lansing, Michigan**

November 23, 2009

Marilyn Kelly,
Chief Justice

139000

Michael F. Cavanagh
Elizabeth A. Weaver
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman
Diane M. Hathaway,
Justices

ANDREW LEFKO,
      Plaintiff-Appellee,
and

AAA MICHIGAN,
      Intervening Plaintiff-Appellant,

v

                                      SC: 139000
                                        COA: 289502
WALTER TOEBE CONSTRUCTION        WCAC: 08-000048
COMPANY/MDOT and MARYLAND
CASUALTY COMPANY/LIBERTY MUTUAL
INSURANCE COMPANY,
      Defendants-Appellees.

_____/

      On order of the Court, the application for leave to appeal the April 23, 2009 order of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



      I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

November 23, 2009                           _____
                                               Clerk